IT IS HEREBY ADJUDGED and
DECREED this is DENIED as MOOT.

Dated: May 1, 2023



Debtor's Motion is moot given that the Court has already scheduled
a hearing on the Motion for May 3, 2023 at 11:30 AM (Dkt. No. 30).

_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | In Proceedings under Chapter 7 |
|---|---|
| **GLADYS JAHN** | Case No. 2:23-bk-0175-MCW |
| Debtor. | **ORDER GRANTING MOTION FOR AN EXPEDITED HEARING** |

**Debtor,** GLADYS JAHN, by and through counsel, having filed a motion for an expedited hearing and good cause appearing;

IT IS ORDERED granting the motion and setting an expedited hearing on _____ at _____ in Courtroom 702 of the United States Bankruptcy Court, District of Arizona, located at 230 N. First Avenue, Phoenix, Arizona 85003. Parties may appear at the hearing either by (1) videoconference by visiting www.zoomgov.com(link is external), Meeting ID: 160 2682 4253, Passcode: 425399 or (2) telephone by calling (833) 568-8864, Meeting ID: 160 2682 4253, Passcode: 425399.

Any objection or response shall be filed no later than _____ and any reply must be filed no later than _____.

**SIGNED AND DATED ABOVE**