Charles M. Leftwich, Jr. (018465)
LAW COUNSEL, LLC
2345 East University Dr. Suite 2
Mesa, Arizona 85213
(480) 925-0500 office
(602) 349-0925 cell

Charles.leftwich@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

**GLADYS JAHN**

Debtor

Chapter 13 Proceedings

2:23-BK-01702-MCW

**MOTION TO DISMISS CASE**

DEBTOR, Gladys Jahn, by and through her attorney, Charles M. Leftwich, hereby move this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) and Local Bankruptcy Rule 1017-2(e). In support of her Motion, the Debtor/Movant represents the following:

## MEMORANDUM OF AUTHORITY AND STATEMENT OF FACTS

1. On March 20, 2023, Debtor filed a Chapter 13 petition to stay a trustee sale on their residence. The trustee sale is now schedule for on or about May 15, 2023.

2. The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;

3. It appears that the Debtor has secured financing on the primary residence which would completely pay off the lender, Fay Servicing, LLC. Thus, a successful refinance would obviate the need for the Chapter 13.

4. Debtor seeks dismissal of this case since the title insurance and/or lender will not approve of the loan so long as the Debtor is in an ongoing bankruptcy. Accordingly, they have communicated to

counsel undersigned of their desire to have the case dismissed in order to secure the before mentioned financing.

5. There does not appear to be any motion for relief of the automatic stay in this case.

6. Other than what has been disclosed above, the Debtor have made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

Wherefore, Debtor/Movant requests that the Court enter its order granting the following relief:

1. The court grants an order of dismissal;

2. For such other relief as is just and equitable.

RESPECTFULLY SUBMITTED this 8th Day of May 2022.

LAW COUNSEL, LLC

DATE: May 8, 2023

By  Charles M. Leftwich, Esq.

Copy of the foregoing emailed/mailed
This 8th day of May 2023 to:

US Trustee
Office of the US Trustee
230 N. First Ave.
Phoenix, AZ 85003

Edward J. Maney, Trustee
101 N. First Ave., Suite 1775
Phoenix, AZ 85003

Gladys Jahn, Debtor
2625 E. JJ Ranch Rd
Phoenix, AZ 85024-5495

CML (018465)